IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Jeanette Brown, | : | Case No. 1:23-cv-10 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| Dominion Management Services LLC, *et. al.*, | : | **Order Adopting Report and Recommendation** |
| Defendants. | : | |

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 12, 2023. (Doc. 4.) Magistrate Judge Bowman recommended the Complaint (Doc. 3) be dismissed for failure to state a claim. Plaintiff seems to be asserting a claim under the Fair Housing Act. However, she has failed to plead sufficient facts to give rise to any inference of discrimination.

No objections to the Report and Recommendation have been filed and the time to do so has expired. Accordingly, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation. Plaintiff's case is **DISMISSED**.

**IT IS SO ORDERED**.

Judge Susan J. Dlott
United States District Court